**IN THE UNITES STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **CHANDLER PIERCE** | ) | **Case No. 3:15 PO 65** |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

### NOTICE OF APPEARANCE

John Kenneth Zwerling, a member in good standing of the Virginia State Bar and the Bar of the United States District Court for the Western District of Virginia, hereby notes his appearance as counsel for defendant Chandler Pierce.

Respectfully submitted,


/s/ John Kenneth Zwerling
John Kenneth Zwerling, Va. Bar No. 8201
ZWERLING/CITRONBERG PLLC
114 North Alfred Street
Alexandria, Virginia 22314
Ph: 703-684-8000
Fax: 703-684-9700
jz@zwerling.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2015, I have electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send a notification of such filing (NEF) to all counsel of record.

/s/ John Kenneth Zwerling
John Kenneth Zwerling, Va. Bar No. 8201
ZWERLING/CITRONBERG, PLLC
114 North Alfred Street
Alexandria, Virginia 22314
Ph: 703-684-8000
Fax: 703-684-9700
jz@zwerling.com